UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:22-cr-145-P6B-DAB

8 U.S.C. § 1326(a)

JOSEPH MOSES PRENDERGAST

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about May 21, 2021, in the Middle District of Florida, the defendant,

JOSEPH MOSES PRENDERGAST,

being an alien of the United States, who previously had been convicted of a felony offense, including:

1. Grand Theft of a Motor Vehicle, on or about November 19, 2004;

2. Possession of Cocaine, on or about November 19, 2004;

3. Being Unlawfully Present in the United States After Previous Deportation/Removal, on or about September 18, 2017,

and was thereafter deported, excluded, and removed from the United States on or about October 10, 2010, and December 21, 2017, and who had not received the

consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a) and (b)(1).

A TRUE BILL,



Foreperson

ROGER B. HANDBERG
United States Attorney

By: *Shawn P. Napier*
Shawn P. Napier
Assistant United States Attorney

By: *Chauncey A. Bratt* by *[signature]*
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Orlando Division

THE UNITED STATES OF AMERICA

vs.

JOSEPH MOSES PRENDERGAST

## INDICTMENT

Violation:

8 U.S.C. § 1326(a)

A true bill.



Foreperson

Filed in open court this 31st day of August, 2022.

*Tiffany Palmer*
Clerk

Bail $_____

GPO 863 525